# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  COLORADO

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WASHINGTON CHILDRENS CENTER, INC. | § | Case No. 14-12927 EEB |
| | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robertson B. Cohen, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 951.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  459,779.81 | Claims Discharged Without Payment:  111,954.85 |
| Total Expenses of Administration:  176,607.94 | |

3) Total gross receipts of $ 636,387.75  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 636,387.75  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 292,488.00 | $ 584,346.38 | $ 583,096.06 | $ 291,543.03 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 240,528.49 | 240,528.49 | 176,607.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 25,974.00 | 136,476.75 | 34,003.70 | 26,043.86 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 113,761.00 | 162,873.77 | 160,015.77 | 142,192.92 |
| **TOTAL DISBURSEMENTS** | $ 432,223.00 | $ 1,124,225.39 | $ 1,017,644.02 | $ 636,387.75 |

    4)  This case was originally filed under chapter 7 on  03/13/2014 .  The case was pending for 42 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/28/2017                  By:/s/Robertson B. Cohen, Trustee
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 616,000.00 |
| Pueblo City/County Partnershp (CSAC) 4th Qtr. Gran | 1121-000 | 8,914.91 |
| St. John Neumann | 1121-000 | 941.00 |
| Parrent fees in collection | 1121-000 | 2,207.81 |
| Current Parent Fees Receiaveble (collection unlike | 1121-000 | 1,548.75 |
| 1995 Ford Van; 127,199 miles 15 passenger van | 1129-000 | 1,200.00 |
| 1987 Ford Van; 163,292 miles 15 passenger van | 1129-000 | 550.00 |
| 1994 Chevy Van; 127,199 miles 15 passenger vehicle | 1129-000 | 700.00 |
| 1997 Ford Van; 214,144 miles 15 passenger vehicle | 1129-000 | 1,100.00 |
| 1997 Ford E250 Van; 162, 718 miles 15 passenger va | 1129-000 | 1,000.00 |
| Personal Property @ Spaulding Location | 1129-000 | 2,000.00 |
| Tax refund | 1224-000 | 128.08 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Miscellaneous Computers towers and laptops | 1229-000 | 40.00 |
| Land Title refund | 1290-000 | 57.20 |
| **TOTAL GROSS RECEIPTS** | | **$636,387.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank PO Box 790401 Saint Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| 000025 | CITY OF PUEBLO, A COLORADO MUNICIPA | 4110-000 | 92,500.00 | 92,500.00 | 92,500.00 | 0.00 |
| 000026 | CITY OF PUEBLO, A COLORADO MUNICIPA | 4110-000 | 53,066.00 | 53,066.00 | 49,566.00 | 0.00 |
| | COMMUNITY DEVELOPEMENT SERVICES | 4110-000 | NA | 142,066.00 | 142,066.00 | 142,066.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PUEBLO COUNTY COMM DEVELOPMENT CORP | 4110-000 | NA | 57,589.32 | 57,589.32 | 57,589.32 |
| 000015 | PUEBLO COUNTY COMMUNITY | 4110-000 | 56,252.00 | 57,589.32 | 57,589.32 | 0.00 |
| 000017 | U.S. BANK NATIONAL ASSOCIATION | 4110-000 | 35,403.00 | 35,019.99 | 35,838.86 | 0.00 |
| 000018 | U.S. BANK NATIONAL ASSOCIATION | 4110-000 | 55,267.00 | 54,628.04 | 56,058.85 | 0.00 |
| | US BANK | 4110-000 | NA | 91,887.71 | 91,887.71 | 91,887.71 |
| TOTAL SECURED CLAIMS | | | $ 292,488.00 | $ 584,346.38 | $ 583,096.06 | $ 291,543.03 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERTSON B. COHEN | 2100-000 | NA | 21,076.71 | 21,076.71 | 21,076.71 |
| ROBERTSON B. COHEN | 2200-000 | NA | 1,661.44 | 1,661.44 | 1,661.44 |
| ENERGY, XCEL | 2420-000 | NA | 279.20 | 279.20 | 139.60 |
| TRUSTEE INSURANCE AGENCY | 2420-000 | NA | 6,978.92 | 6,978.92 | 3,489.46 |
| CLOSING FEE - LAND TITLE | 2500-000 | NA | 200.00 | 200.00 | 200.00 |
| DEED, RECORD CORRECTION | 2500-000 | NA | 32.00 | 32.00 | 32.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ORDER, RECORD | 2500-000 | NA | 32.00 | 32.00 | 32.00 |
| RELEASE, RECORD LIEN | 2500-000 | NA | 32.00 | 32.00 | 32.00 |
| REPAIRS, CREDIT FOR | 2500-000 | NA | 16,815.00 | 16,815.00 | 16,815.00 |
| Union Bank | 2600-000 | NA | 7,360.95 | 7,360.95 | 7,360.95 |
| CITY OF PUEBLO | 2820-000 | NA | 1,315.49 | 1,315.49 | 1,315.49 |
| LITIGATION SOLUTIONS INC | 2990-000 | NA | 36,842.37 | 36,842.37 | 36,842.37 |
| SOLUTIONS, LITIGATION | 2990-000 | NA | 36,842.37 | 36,842.37 | 0.00 |
| TODD, CURT | 3210-000 | NA | 53,595.00 | 53,595.00 | 31,485.00 |
| TODD, CURT | 3220-000 | NA | 2,038.04 | 2,038.04 | 1,462.42 |
| DENNIS & COMPANY PC | 3310-000 | NA | 10,750.00 | 10,750.00 | 10,750.00 |
| DENNIS & COMPANY , PC | 3320-000 | NA | 30.00 | 30.00 | 30.00 |
| BUYER BROKERAGE COMMISSION | 3510-000 | NA | 21,560.00 | 21,560.00 | 21,560.00 |
| SELLER BROKER COMMISSION | 3510-000 | NA | 21,560.00 | 21,560.00 | 21,560.00 |
| DICKENSHEET | 3610-000 | NA | 688.50 | 688.50 | 688.50 |
| DICKENSHEET & ASSOC | 3610-000 | NA | 6.00 | 6.00 | 0.00 |
| DICKENSHEET & ASSOCIATES | 3610-000 | NA | 682.50 | 682.50 | 0.00 |
| DICKENSHEET | 3620-000 | NA | 75.00 | 75.00 | 75.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DICKENSHEET & ASSOCIATES | 3620-000 | NA | 75.00 | 75.00 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 240,528.49 | $ 240,528.49 | $ 176,607.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gradisar, Trechter, Ripperger & Roth 1836 Vinewood Lane, Suite 200 Pueblo, CO 81005 | | 0.00 | NA | NA | 0.00 |
| | Gradisar, Trechter, Ripperger & Roth 1836 Vinewood, Suite 200 Pueblo, CO 81005 | | 0.00 | NA | NA | 0.00 |
| | Gradisar,Trechter, Ripperger & Roth 1836 Vinewood Lane, Suite 200 Pueblo, CO 81005 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jennifer A. Encinias 393 E. Spaulding, C-11 Pueblo, CO 81007 | | 1,424.00 | NA | NA | 0.00 |
| | Sharon P. Serna 1725 Constitution Road, #5203 Pueblo, CO 81001 | | 1,583.00 | NA | NA | 0.00 |
| | Tara M. Autobee PO Box 3731 Pueblo, CO 81005 | | 1,503.00 | NA | NA | 0.00 |
| | Vanessa V. Manzanares 2610 Cedar St. Pueblo, CO 81004 | | 980.00 | NA | NA | 0.00 |
| 000023 | BART G. KECK | 5300-000 | 2,277.00 | 2,120.00 | 2,120.00 | 1,329.66 |
| 000016 | CARLA JACQUEZ | 5300-000 | 63.00 | 692.42 | 692.42 | 434.28 |
| AUTO | COLORADO DEPARTMENT OF REVENUE | 5300-000 | NA | NA | 988.58 | 988.58 |
| 000022 | DANIELLE M. MARTINEZ | 5300-000 | 502.00 | 667.32 | 667.32 | 418.54 |
| 000011 | DONNA M. GUERRERO | 5300-000 | 2,540.00 | 3,046.00 | 2,540.00 | 1,593.09 |
| 000027 | DOUGLAS GRADISAR | 5300-000 | NA | 2,096.84 | 0.00 | 0.00 |
| 000028 | DOUGLAS GRADISAR | 5300-000 | 576.00 | 2,619.38 | 860.20 | 539.52 |
| 000029 | DOUGLAS GRADISAR | 5300-000 | 1,064.00 | 3,210.30 | 1,063.98 | 667.32 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000030 | DOUGLAS GRADISAR | 5300-000 | 1,116.00 | 3,361.14 | 1,063.98 | 667.32 |
| AUTO | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | 6,971.26 | 6,971.26 |
| 000005 | JESSICA R. MATAMOROS | 5300-000 | 1,471.00 | 1,745.64 | 1,745.64 | 1,094.87 |
| 000012 | JON DRAKE | 5300-000 | 2,039.00 | 8,866.05 | 2,038.00 | 1,278.23 |
| 000006 | LORETTA VALDEZ | 5300-000 | 1,380.00 | 1,739.10 | 1,739.10 | 1,090.76 |
| 000031 | MANUEL G. PENA | 5300-000 | 2,381.00 | 2,240.30 | 2,240.30 | 1,405.11 |
| 000013 | SHARON A. SMITH | 5300-000 | 1,346.00 | 1,575.48 | 1,575.48 | 988.15 |
| 000008 | STACY DURAN-KABONG | 5300-000 | 2,056.00 | 1,704.00 | 1,704.00 | 1,068.74 |
| 000009 | TERESA A. LUCERO | 5300-000 | 1,673.00 | 1,300.98 | 1,300.98 | 815.97 |
| 000014 | COLORADO DEPT. OF LABOR AND EMPLOYM | 5800-000 | 0.00 | 89,770.50 | 2,931.00 | 2,931.00 |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | NA | NA | 128.08 | 128.08 |
| AUTO | INTERNAL REVENUE SERVICE | 5800-000 | NA | NA | 1,633.38 | 1,633.38 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 25,974.00 | $ 136,476.75 | $ 34,003.70 | $ 26,043.86 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Plumbing & Electrical Supplies 101 Spring St. Pueblo, CO 81003 | | 272.00 | NA | NA | 0.00 |
| | ACME Fire & Safety Equipment Co. Inc. PO Box 1434 Pueblo, CO 81002 | | 498.00 | NA | NA | 0.00 |
| | AmSam - Northern Colorado Paper PO Box 2317 Jacksonville, FL 32203-2317 | | 3,603.00 | NA | NA | 0.00 |
| | Black Hills Energy PO Box 6001 Rapid City, SD 57709 | | 346.00 | NA | NA | 0.00 |
| | Black Hills Energy PO Box 6001 Rapid City, SD 57709 | | 1,015.00 | NA | NA | 0.00 |
| | Black Hills Energy PO Box 6001 Rapid City, SD 57709-6001 | | 3,720.00 | NA | NA | 0.00 |
| | Blazer Electric Supply of Pueblo 230 S. Santa Fe Avenue Pueblo, CO 81003 | | 194.00 | NA | NA | 0.00 |
| | Board of Water Works PO Box 755 Pueblo, CO 81002 | | 1,153.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CenturyLink PO Box 29040 Phoenix, AZ 85038-9040 | | 1,300.00 | NA | NA | 0.00 |
| | Collection Bureau of America PO Box 5013 Hayward, CA 94540 | | 0.00 | NA | NA | 0.00 |
| | Colorado Bureau Of Investigation 690 Kipling Street, Suite 3000 Denver, CO 80215 | | 0.00 | NA | NA | 0.00 |
| | Colorado Dept. of Public Safety Cashier 700 Kipling St. Denver, CO 80215 | | 198.00 | NA | NA | 0.00 |
| | Comcast Cable PO Box 34227 Seattle, WA 98124-1227 | | 390.00 | NA | NA | 0.00 |
| | Comcast Cable PO Box 34744 Seattle, WA 98124-1744 | | 0.00 | NA | NA | 0.00 |
| | Comcol 82 Pleasantview Dr. Holland, NY 14080 | | 0.00 | NA | NA | 0.00 |
| | Deep Rock PO Box 660579 Dallas, TX 75266-0579 | | 0.00 | NA | NA | 0.00 |
| | Deep Rock Water Company Dept. 2146 Denver, CO 80271-2146 | | 639.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Douglas Gradisar 1836 Vinewood #200 Pueblo, CO 81005 | | 0.00 | NA | NA | 0.00 |
| | Edward M. McCord, P.C. Attorney At Law 985 Pico Point Colorado Springs, CO 80905 | | 0.00 | NA | NA | 0.00 |
| | El Pomar Foundation 10 Lake Circle Colorado Springs, CO 80906 | | 17.00 | NA | NA | 0.00 |
| | International Recovery Group PO Box 23892 Portland, OR 97223 | | 0.00 | NA | NA | 0.00 |
| | Jon Drake 847 E. Evans Avenue Pueblo, CO 81004 | | 5,556.00 | NA | NA | 0.00 |
| | Kroger Check Recovery Center PO Box 30650 San Francisco, CA 94130 | | 645.00 | NA | NA | 0.00 |
| | Meadow Gold Dairies, Inc. PO Box 710962 Denver, CO 80271 | | 3,059.00 | NA | NA | 0.00 |
| | Michael Callahan, LLC 215 West Second St. Pueblo, CO 81003 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mullans, Piersel & Reed Attorneys At Law 1311 North Greenwood Pueblo, CO 81003 | | 0.00 | NA | NA | 0.00 |
| | New West Technology LLC 1965 Lane 27 Pueblo, CO 81005 | | 85.00 | NA | NA | 0.00 |
| | Office Depot PO Box 70049 Los Angeles, CA 90074 | | 270.00 | NA | NA | 0.00 |
| | Peerless Tyre Co. 5000 Kingston St. Denver, CO 80239 | | 688.00 | NA | NA | 0.00 |
| | Pinnacol 720 Colorado Blvd. Suite 100 North Denver, CO 80246 | | 1,134.00 | NA | NA | 0.00 |
| | Pinnacol Assurance PO Box 561434 Denver, CO 80256-1434 | | 0.00 | NA | NA | 0.00 |
| | Pueblo City-County Health Dept. 101 W. 9th Street Pueblo, CO 81003 | | 123.00 | NA | NA | 0.00 |
| | Pueblo County Community Development Corporation 215 W. 10th Street, #347 Pueblo, CO 81003 | | 56,278.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pueblo West Metro District PO Box 7005 Pueblo, CO 81007 | | 157.00 | NA | NA | 0.00 |
| | Rapid Refill 965 Hwy. 50 West, Ste. 120 Pueblo, CO 81008 | | 183.00 | NA | NA | 0.00 |
| | Rauch-Milliken Int'l, Inc. PO Box 8390 Metairie, LA 70011-8390 | | 0.00 | NA | NA | 0.00 |
| | Robert McClure 2816 Denver Blvd. Pueblo, CO 81003 | | 201.00 | NA | NA | 0.00 |
| | Roto-Rooter 50 N. Fabrication Dr. Pueblo, CO 81007 | | 869.00 | NA | NA | 0.00 |
| | SCI Blackflow Sam Cabello 4214 Hideout Place Pueblo, CO 81008 | | 330.00 | NA | NA | 0.00 |
| | Safe Systems, Inc. 421 S. Pierce Ave. Louisville, CO 80027 | | 3,300.00 | NA | NA | 0.00 |
| | Son-White Linen PO Box 6240 110 S. 25th St. Colorado Springs, CO 80934 | | 299.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Terminix International 1610 Quail Lake Loop Colorado Springs, CO 80906 | | 260.00 | NA | NA | 0.00 |
| | Terminix Processing Center PO box 742592 Cincinnati, OH 45274 | | 0.00 | NA | NA | 0.00 |
| | WCI of Pueblo A Waste Connections Company PO Box 660177 Dallas, TX 75266-0177 | | 0.00 | NA | NA | 0.00 |
| | Waste Connections Of Colorado, Inc. 28900 E. Hwy 96 Pueblo, CO 81001 | | 795.00 | NA | NA | 0.00 |
| | Waste Management - Pueblo 2400 West Union Ave. Englewood, CO 80110 | | 787.00 | NA | NA | 0.00 |
| | Waste Management - Pueblo PO Box 78251 Phoenix, AZ 85062 | | 0.00 | NA | NA | 0.00 |
| | Xcel Energy PO Box 9477 Minneapolis, MN 55484 | | 278.00 | NA | NA | 0.00 |
| 000021 | CITYWIDE BANKS | 7100-000 | NA | 88,116.04 | 88,116.04 | 81,774.24 |
| 000020 | DONNA M. GUERRERO | 7100-000 | NA | 2,858.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | FEDERAL FOOD SERVICE, INC. | 7100-000 | 18,608.00 | 20,885.79 | 20,885.79 | 19,382.62 |
| 000010 | STACY DURAN-KABONG | 7100-000 | NA | 644.48 | 644.48 | 0.00 |
| 000019 | US BANK N.A. | 7100-000 | NA | 31,515.87 | 31,515.87 | 29,247.64 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-001 | 3,128.00 | 3,567.60 | 3,567.60 | 3,310.83 |
| 000024 | CITY OF PUEBLO, A COLORADO MUNICIPA | 7100-001 | 935.00 | 935.00 | 935.00 | 867.70 |
| 000004 | COLORADO DEPT. OF PUBLIC SAFETY CAS | 7100-001 | NA | 197.50 | 197.50 | 183.29 |
| 000012B | DRAKE, JON | 7100-001 | NA | 5,556.00 | 5,556.00 | 5,156.13 |
| 000002 | HIBU INC F/K/A YELLOWBOOK INC | 7100-001 | 1,326.00 | 1,325.36 | 1,325.36 | 1,229.97 |
| 000003 | MEDCO SUPPLY CO. | 7100-001 | 1,122.00 | 1,121.19 | 1,121.19 | 1,040.50 |
| 0000028A | GONZALES, AMELIA MAIRE | 7400-000 | NA | 1,759.48 | 1,759.48 | 0.00 |
| 000029A | PACHECO, BRANDY | 7400-000 | NA | 2,146.32 | 2,146.32 | 0.00 |
| 000030A | RUYBAL, JUSTINE | 7400-000 | NA | 2,245.14 | 2,245.14 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 113,761.00 | $ 162,873.77 | $ 160,015.77 | $ 142,192.92 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 14-12927 | EEB | Judge: ELIZABETH E. BROWN | | Trustee Name: | Robertson B. Cohen, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. | | | | Date Filed (f) or Converted (c): | 03/13/14 (f) |
| | | | | | 341(a) Meeting Date: | 04/09/14 |
| For Period Ending:  08/28/17 | | | | | Claims Bar Date: | 07/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 401 S. Prairie, Pueblo, Colorado 81005 -- Assessor | 500,000.00 | 295,981.00 | | 177,470.48 | FA |
| 2. U.S. Bank Checking Account | 951.00 | 951.00 | | 0.00 | FA |
| 3. Pueblo City/County Partnershp (CSAC) 4th Qtr. Gran | 15,907.00 | 8,914.91 | | 8,914.91 | FA |
| 4. St. John Neumann | 941.00 | 941.00 | | 941.00 | FA |
| Accounts Recievable | | | | | |
| 5. Parrent fees in collection | 192,674.70 | 192,674.70 | | 2,207.81 | FA |
| Accounts Recievable | | | | | |
| 6. Current Parent Fees Receiaveble (collection unlike | 26,420.00 | 26,420.00 | | 1,548.75 | FA |
| Accounts Revievable | | | | | |
| 7. 1995 Ford Van; 127,199 miles 15 passenger van | 5,763.00 | 1,200.00 | | 1,200.00 | FA |
| 8. 1987 Ford Van; 163,292 miles 15 passenger van | 5,163.00 | 550.00 | | 550.00 | FA |
| 9. 1994 Chevy Van; 127,199 miles 15 passenger vehicle | 4,813.00 | 700.00 | | 700.00 | FA |
| 10. 1997 Ford Van; 214,144 miles 15 passenger vehicle | 5,863.00 | 1,100.00 | | 1,100.00 | FA |
| 11. 1997 Ford E250 Van; 162, 718 miles 15 passenger va | 5,863.00 | 1,000.00 | | 1,000.00 | FA |
| 12. ProCare Software, touchscreen monitor, | 1,693.00 | 1,693.00 | | 1,693.00 | FA |
| 13. Spark Software/Hardware | 2,128.00 | 2,128.00 | | 2,128.00 | FA |
| 14. Misc. Furniture - Will provide Trustee with list u | 30,916.00 | 30,916.00 | | 30,916.00 | FA |
| 15. All Equipment -- US BANK | 21,525.00 | 21,525.00 | | 18,525.00 | FA |
| 16. (2) Freezers $600 Globe 20 qt. Mixer $400 T49 True | 8,938.00 | 8,938.00 | | 8,938.00 | FA |
| 17. Kaplan Early Learning Company 7 Cribs 1 Evac Kit 1 | 8,314.00 | 8,314.00 | | 8,314.00 | FA |
| 18. Misc. Kitchen Equipment, dishware, utensils, etc. | 452.00 | 452.00 | | 452.00 | FA |
| 19. Unemployment Bond | 11,474.00 | 11,474.00 | | 11,474.00 | FA |
| 20. Personal Property @ Spaulding Location | 0.00 | 3,000.00 | | 3,000.00 | FA |
| Scheduled with Assets 12-19 which were sold with asset #1 | | | | | |
| 21. Land Title refund (u) | 0.00 | 57.20 | | 57.20 | FA |
| Overpayment Real Property recording | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 14-12927    EEB   Judge: ELIZABETH E. BROWN |
|---|---|
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. |

| Trustee Name: | Robertson B. Cohen, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 03/13/14 (f) |
| 341(a) Meeting Date: | 04/09/14 |
| Claims Bar Date: | 07/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 22. Personal Property @ Spaulding Location | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 23. Miscellaneous Computers towers and laptops (u) | 40.00 | 40.00 | | 40.00 | FA |
| 24. Tax refund (u) | 128.08 | 128.08 | | 128.08 | FA |
| Overpayment of Estate Employment  taxes. Refund received 3/10/17 | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $849,966.78 | $621,097.89 | | $283,298.23 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 27, 2017, 08:00 am Recd tax refund from IRS - opened new bank account, deposited check for distribution to

unsecured

October 03, 2016, Ready to cut checks

September 01, 2016, NFR filed

August 24, 2016, 07:59 am NFR ready

NFR filed

Initial Projected Date of Final Report (TFR): 08/31/15        Current Projected Date of Final Report (TFR): 12/30/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-12927 -EEB |
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. |
| | |
| Taxpayer ID No: | *******2948 |
| For Period Ending: | 08/28/17 |

| | |
|---|---|
| Trustee Name: | Robertson B. Cohen, Trustee |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5018  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 47,027,358.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/23/14 | 5 | WASHINGTON CHILDRENS CENTER, INC. PUEBLO, CO  81005 | ACCOUNTS RECEIVABLE | 1121-000 | 85.87 | | 85.87 |
| 06/27/14 | 6 | Wakefield and Assoc 425 West 8th Street Pueblo, CO 81003 | ACCOUNTS RECEIVABLE | 1121-000 | 446.71 | | 532.58 |
| 08/22/14 | * NOTE * | Dickensheet & Associates 1501 WWesley Avenue Denver, CO 80223 | Payment from Auctioneer * NOTE *  Properties 7, 8, 9, 10, 11 | 1129-000 | 4,550.00 | | 5,082.58 |
| 09/04/14 | 005001 | Dickensheet & Associates, Inc. 1501 W. Wesley Avenue Denver, CO  80223 | Docket No. 76; Auc Fees | 3610-000 | | 682.50 | 4,400.08 |
| 09/04/14 | 005002 | Dickensheet & Associates, Inc. 1501 W. Wesley Avenue Denver, CO  80223 | Docket No. 76; Auc exp | 3620-000 | | 75.00 | 4,325.08 |
| 09/12/14 | * NOTE * | Land Title Guarantee Company 503 N Main St Pueblo,  Co 81003 | Payment Asset Sale * NOTE *  Properties 1, 12, 13, 14, 15, 16, 17, 18, 19, 20 | | 262,910.48 | | 267,235.56 |
| | | WASHINGTON CHILDRENS CENTER, INC. | Memo Amount:          616,000.00 Land Title Guarteen Company | 1110-000 | | | |
| | | US BANK | Memo Amount:     (        56,058.85 ) US Bank | 4110-000 | | | |
| | | US BANK | Memo Amount:     (        35,828.86 ) US Bank | 4110-000 | | | |
| | | COMMUNITY DEVELOPEMENT SERVICES | Memo Amount:     (      142,066.00 ) Community Deve Services | 4110-000 | | | |
| | | PUEBLO COUNTY COMM DEVELOPMENT CORP | Memo Amount:     (        57,589.32 ) Pueblo Community Deve Corp | 4110-000 | | | |
| | | CITY OF PUEBLO | Memo Amount:     (          1,315.49 ) | 2820-000 | | | |

Page Subtotals          267,993.06          757.50

Ver: 20.00d

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-12927  -EEB |
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. |
| | |
| Taxpayer ID No: | *******2948 |
| For Period Ending: | 08/28/17 |

| | |
|---|---|
| Trustee Name: | Robertson B. Cohen, Trustee |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5018  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 47,027,358.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | City of Pueblo | | | | |
| | | DEED, RECORD CORRECTION | Memo Amount:      (          32.00 ) | 2500-000 | | | |
| | | | Record Correction Deed | | | | |
| | | ORDER, RECORD | Memo Amount:      (          32.00 ) | 2500-000 | | | |
| | | | Record Order | | | | |
| | | RELEASE, RECORD LIEN | Memo Amount:      (          32.00 ) | 2500-000 | | | |
| | | | Record Lien Release | | | | |
| | | SELLER BROKER COMMISSION | Memo Amount:      (      21,560.00 ) | 3510-000 | | | |
| | | | Seller Broker Commission | | | | |
| | | BUYER BROKERAGE COMMISSION | Memo Amount:      (      21,560.00 ) | 3510-000 | | | |
| | | | Buyer Brokerage Commission | | | | |
| | | CLOSING FEE - LAND TITLE | Memo Amount:      (         200.00 ) | 2500-000 | | | |
| | | | Closing Fee - Land Title | | | | |
| | | REPAIRS, CREDIT FOR | Memo Amount:      (      16,815.00 ) | 2500-000 | | | |
| | | | Credit for Repairs | | | | |
| 09/19/14 | 5 | Wakefield & Associates 425 W 8th Street Pueblo, CO 81003 | ACCOUNTS RECEIVABLE | 1121-000 | 141.94 | | 267,377.50 |
| 09/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 267,362.50 |
| 10/02/14 | 005003 | Curt Todd 837 E. 17th Ave. Ste. 102 Denver, CO 80218 | Docket No 81; Atty Fees | 3210-000 | | 9,060.00 | 258,302.50 |
| 10/02/14 | 005004 | Curt Todd 837 E. 17th Ave. Ste. 102 Denver, CO 80218 | Docket No. 81; Atty Expenses | 3220-000 | | 232.19 | 258,070.31 |
| 10/27/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 208.22 | 257,862.09 |
| 11/12/14 | 005005 | Trustee Insurance Agency | Docket No 93; Insurance Fees | 2420-000 | | 3,489.46 | 254,372.63 |

| | | | Page Subtotals | | 141.94 | 13,004.87 | |

Ver: 20.00d

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-12927 -EEB | Trustee Name: | Robertson B. Cohen, Trustee |
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5018  Checking Account |
| Taxpayer ID No: | *******2948 | | |
| For Period Ending: | 08/28/17 | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2813 West Main | | | | | |
| | | Kalamazoo, MI 49006 | | | | | |
| 11/12/14 | 005006 | Xcel Energy | Docket No 93; Utility Bills | 2420-000 | | 139.60 | 254,233.03 |
| | | PO Box 9477 | Xcel Acct No. 53-0010439425-5 | | | | |
| | | Mpls, MN 55484-9477 | | | | | |
| 11/21/14 | 21 | Land Title Guarantee Company | Miscellaneous | 1290-000 | 57.20 | | 254,290.23 |
| | | 3033 E 1st Ave #600 | | | | | |
| | | Denver, CO 80206 | | | | | |
| 11/21/14 | 4 | St John Nwumann Catholic School | ACCOUNTS RECEIVABLE | 1121-000 | 941.00 | | 255,231.23 |
| | | 2415 E Orman Ave | | | | | |
| | | Pueblo, CO 81004 | | | | | |
| 11/25/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 385.75 | 254,845.48 |
| 12/26/14 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 369.19 | 254,476.29 |
| 01/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 378.67 | 254,097.62 |
| 02/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 378.12 | 253,719.50 |
| 03/11/15 | 3 | Pueblo County Treasury | ACCOUNTS RECEIVABLE | 1121-000 | 8,914.91 | | 262,634.41 |
| 03/11/15 | 6 | Wakefield and Associates | ACCOUNTS RECEIVABLE | 1121-000 | 1,028.71 | | 263,663.12 |
| | | 10800 E Bethany Drive Ste450 | | | | | |
| | | Aurora, CO 80014 | | | | | |
| 03/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 341.04 | 263,322.08 |
| 04/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 386.52 | 262,935.56 |
| 05/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 378.68 | 262,556.88 |
| 06/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 390.69 | 262,166.19 |
| 07/27/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 377.54 | 261,788.65 |
| 08/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 389.57 | 261,399.08 |
| 09/01/15 | 005007 | Curt Todd | Docket No. 158; Atty Fees | 3210-000 | | 13,050.00 | 248,349.08 |
| | | 837 E. 17th Ave. | | | | | |
| | | Ste. 102 | | | | | |
| | | Denver, CO 80218 | | | | | |

|  | Page Subtotals | 10,941.82 | 16,965.37 |

Ver: 20.00d

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

Case No:          14-12927 -EEB
Case Name:     WASHINGTON CHILDRENS CENTER, INC.

Trustee Name:        Robertson B. Cohen, Trustee
Bank Name:           Union Bank
Account Number / CD #:      *******5018  Checking Account

Taxpayer ID No:  *******2948
For Period Ending:  08/28/17

Blanket Bond (per case limit):   $  47,027,358.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/01/15 | 005008 | Curt Todd<br>837 E. 17th Ave.<br>Ste. 102<br>Denver, CO 80218 | Docket No. 158; Atty Exp | 3220-000 | | 343.43 | 248,005.65 |
| 09/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 388.97 | 247,616.68 |
| 10/26/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 358.53 | 247,258.15 |
| 11/25/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 367.93 | 246,890.22 |
| 12/09/15 | 22 | Citywide Banks<br>Po Box 128<br>Aurora, CO 80040 | Payment Asset Sale | 1129-000 | 2,000.00 | | 248,890.22 |
| 12/15/15 | 005009 | Litigation Solutions Inc<br>5995 Greenwood Plaza Blvd; Ste 160<br>Greenwood Villiage, CO 80111 | Docket No. 183; Scan & Shredding | 2990-000 | | 21,395.45 | 227,494.77 |
| 12/15/15 | 005010 | Litigation Solutions Inc<br>5995 Greenwood Plaza Blvd; Ste 160<br>Greenwood Villiage, CO 80111 | Docket No. 183; Scan & Shreddin | 2990-000 | | 15,446.92 | 212,047.85 |
| 12/28/15 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 355.54 | 211,692.31 |
| 01/22/16 | 6 | WAKEFIELD AND ASSOC<br>10800 E BETHANY STE 450<br>PO BOX 441590<br>AURORA, CO 80044 | ACCOUNTS RECEIVABLE | 1121-000 | 73.33 | | 211,765.64 |
| 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 351.33 | 211,414.31 |
| 02/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 313.69 | 211,100.62 |
| 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 293.07 | 210,807.55 |
| 03/30/16 | 5 | Wakefield and Assoc<br>425 W 8th Street<br>Pueblo, CO 81003 | ACCOUNTS RECEIVABLE | 1121-000 | 1,980.00 | | 212,787.55 |
| 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 312.90 | 212,474.65 |
| 05/16/16 | 23 | Dickensheet and Associates | Payment Asset Sale | 1229-000 | 40.00 | | 212,514.65 |

Page Subtotals          4,093.33          39,927.76

Ver: 20.00d

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

**FORM 2**

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-12927  -EEB | | Trustee Name: | Robertson B. Cohen, Trustee |
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******5018  Checking Account |
| Taxpayer ID No: | *******2948 | | | |
| For Period Ending: | 08/28/17 | | Blanket Bond (per case limit): | $  47,027,358.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1501 W Wesley Ave | | | | | |
| | | Denver, CO 80223 | | | | | |
| 05/24/16 | 005011 | Dickensheet & Associates, Inc. | Docket No. 205; Auc Fees | 3610-000 | | 6.00 | 212,508.65 |
| | | 1501 W. Wesley Avenue | | | | | |
| | | Denver, CO  80223 | | | | | |
| 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 305.14 | 212,203.51 |
| 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 314.86 | 211,888.65 |
| 10/15/16 | 005012 | Robertson B. Cohen | Chapter 7 Compensation/Expense | | | 22,738.15 | 189,150.50 |
| | | 1720 S Bellaire | | | | | |
| | | Suite 205 | | | | | |
| | | Denver, CO  80222 | | | | | |
| | | | Fees          21,076.71 | 2100-000 | | | |
| | | | Expenses       1,661.44 | 2200-000 | | | |
| 10/15/16 | 005013 | Curt Todd | Claim ADMIN, Payment 100.00000% | 3210-000 | | 9,375.00 | 179,775.50 |
| | | 837 E 17th Ave | | | | | |
| | | Ste 102 | | | | | |
| | | Denver, CO 80218 | | | | | |
| 10/15/16 | 005014 | Curt Todd | Claim ADMIN, Payment 100.00000% | 3220-000 | | 886.80 | 178,888.70 |
| | | 837 E 17th Ave | | | | | |
| | | Ste 102 | | | | | |
| | | Denver, CO 80218 | | | | | |
| 10/15/16 | 005015 | DENNIS & COMPANY , PC | Claim ADMIN, Payment 100.00000% | 3310-000 | | 10,750.00 | 168,138.70 |
| | | 8400 EAST CRESCENTPARKWAY, STE 600 | | | | | |
| | | GREENWOOD VILLAGE, CO 80111 | | | | | |
| 10/15/16 | 005016 | DENNIS & COMPANY , PC | Claim ADMIN, Payment 100.00000% | 3320-000 | | 30.00 | 168,108.70 |
| | | 8400 EAST CRESCENTPARKWAY, STE 600 | | | | | |
| | | GREENWOOD VILLAGE, CO 80111 | | | | | |
| 10/15/16 | 005017 | Jessica R. Matamoros | Claim 000005, Payment 100.00000% | 5300-000 | | 1,094.87 | 167,013.83 |
| | | 2802 E. 8th St. | | | | | |
| | | Pueblo, CO 81001 | | | | | |

| | | | Page Subtotals | | 0.00 | 45,500.82 | |

Ver: 20.00d

**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

**FORM 2**

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-12927 -EEB | |
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. | |

| | |
|---|---|
| Trustee Name: | Robertson B. Cohen, Trustee |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5018  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******2948 |
| For Period Ending: | 08/28/17 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 47,027,358.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/15/16 | 005018 | Loretta Valdez<br>1724 Hollywood Dr.<br>Pueblo, CO 81005 | Claim 000006, Payment 100.00000% | 5300-000 | | 1,090.76 | 165,923.07 |
| 10/15/16 | 005019 | Stacy Duran-Kabong<br>2027 Acero Ave., #34<br>Pueblo, CO 81004 | Claim 000008, Payment 100.00000% | 5300-000 | | 1,068.74 | 164,854.33 |
| 10/15/16 | 005020 | Teresa A. Lucero<br>2618 Crawford<br>Pueblo, CO 81004 | Claim 000009, Payment 100.00000% | 5300-000 | | 815.97 | 164,038.36 |
| 10/15/16 | 005021 | Donna M. Guerrero<br>68 Duke Street<br>Pueblo, CO 81005 | Claim 000011, Payment 100.00000% | 5300-000 | | 1,593.09 | 162,445.27 |
| 10/15/16 | 005022 | Jon Drake<br>847 E. Evans Ave.<br>Pueblo, CO 81004 | Claim 000012, Payment 100.00000% | 5300-000 | | 1,278.23 | 161,167.04 |
| 10/15/16 | 005023 | Sharon A. Smith<br>1740 Acero<br>Pueblo, CO 81004 | Claim 000013, Payment 100.00000% | 5300-000 | | 988.15 | 160,178.89 |
| 10/15/16 | 005024 | Colorado Dept. of Labor and Employment<br>PO Box 956<br>Denver, CO 80201 | Claim 000014, Payment 100.00000% | 5800-000 | | 2,931.00 | 157,247.89 |
| 10/15/16 | 005025 | Carla Jacquez<br>1115 Cypress<br>Pueblo, CO 81004 | Claim 000016, Payment 100.00000% | 5300-000 | | 434.28 | 156,813.61 |
| 10/15/16 | 005026 | Danielle M. Martinez<br>105 Cornell Circle<br>Pueblo, CO 81005 | Claim 000022, Payment 100.00000% | 5300-000 | | 418.54 | 156,395.07 |
| 10/15/16 | 005027 | Bart G. Keck<br>22 Sepulveda Drive<br>Pueblo, CO 81005 | Claim 000023, Payment 100.00000% | 5300-000 | | 1,329.66 | 155,065.41 |

|  | Page Subtotals | 0.00 | 11,948.42 |
|---|---|---|---|

Ver: 20.00d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

**Exhibit 9**

| Case No: | 14-12927  -EEB | Trustee Name: | Robertson B. Cohen, Trustee |
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5018  Checking Account |

Taxpayer ID No: *******2948
For Period Ending: 08/28/17

Blanket Bond (per case limit):  $ 47,027,358.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/15/16 | 005028 | Amelia Marie Gonzales<br>c/o Douglas Gradisar<br>1836 Vinewood #200<br>Pueblo, CO 81005 | Claim 000028, Payment 100.00000% | 5300-000 | | 539.52 | 154,525.89 |
| 10/15/16 | 005029 | Brandy Pacheco<br>c/o Douglas Gradisar<br>1836 Vinewood #200<br>Pueblo, CO 81005 | Claim 000029, Payment 100.00000% | 5300-000 | | 667.32 | 153,858.57 |
| 10/15/16 | 005030 | Justine Ruybal<br>c/o Douglas Gradisar<br>1836 Vinewood #200<br>Pueblo, CO 81005 | Claim 000030, Payment 100.00000% | 5300-000 | | 667.32 | 153,191.25 |
| 10/15/16 | 005031 | Manuel G. Pena<br>2215 Cartier Drive<br>Pueblo, CO 81005 | Claim 000031, Payment 100.00000% | 5300-000 | | 1,405.11 | 151,786.14 |
| 10/15/16 | 005032 | COLORADO DEPARTMENT OF REVENUE | COLORADO STATE TAX | 5300-000 | | 988.58 | 150,797.56 |
| 10/15/16 | 005033 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-000 | | 1,323.79 | 149,473.77 |
| 10/15/16 | 005034 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-000 | | 5,337.88 | 144,135.89 |
| 10/15/16 | 005035 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | 309.59 | 143,826.30 |
| 10/15/16 | 005036 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-000 | | 1,323.79 | 142,502.51 |
| 10/15/16 | 005037 | FEDERAL UNEMPLOYMENT INSURANCE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | | 128.08 | 142,374.43 |
| 10/15/16 | 005038 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-000 | | 309.59 | 142,064.84 |
| 10/15/16 | 005039 | American InfoSource LP as agent for<br>Xcel Energy South<br>PO Box 268872<br>Oklahoma City, OK 73126-8872 | Claim 000001, Payment 92.71919% | 7100-000 | | 3,307.85 | 138,756.99 |
| 10/15/16 | 005040 | Hibu Inc f/k/a Yellowbook Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126 | Claim 000002, Payment 92.71896% | 7100-000 | | 1,228.86 | 137,528.13 |

Page Subtotals      0.00      17,537.28

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 25)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    8

**Exhibit 9**

| | |
|---|---|
| Case No: | 14-12927 -EEB |
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. |
| Taxpayer ID No: | *******2948 |
| For Period Ending: | 08/28/17 |

| | |
|---|---|
| Trustee Name: | Robertson B. Cohen, Trustee |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5018  Checking Account |
| Blanket Bond (per case limit): | $ 47,027,358.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Timonium, MD 21094 | | | | | |
| | 10/15/16 | 005041 | Medco Supply Co.<br>c/o Comcol<br>82 Pleasantview Dr.<br>Holland, NY 14080 | Claim 000003, Payment 92.71934% | 7100-000 | | 1,039.56 | 136,488.57 |
| * | 10/15/16 | 005042 | Colorado Dept. of Public Safety Cashier<br>700 Kipling St.<br>Denver, CO 80215 | Claim 000004, Payment 92.71899% | 7100-004 | | 183.12 | 136,305.45 |
| | 10/15/16 | 005043 | Federal Food Service, Inc.<br>c/o Edwards M. McCord<br>985 Pico Pt.<br>Colorado Springs, CO 80905 | Claim 000007, Payment 92.71931% | 7100-000 | | 19,365.16 | 116,940.29 |
| | 10/15/16 | 005044 | Jon Drake<br>847 E. Evans Ave.<br>Pueblo, CO 81004 | Claim 000012B, Payment 92.71940% | 7100-000 | | 5,151.49 | 111,788.80 |
| | 10/15/16 | 005045 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000019, Payment 92.71929% | 7100-000 | | 29,221.29 | 82,567.51 |
| | 10/15/16 | 005046 | Citywide Banks<br>c/o Markus Williams Young & Zimmermann L<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203 | Claim 000021, Payment 92.71931% | 7100-000 | | 81,700.58 | 866.93 |
| * | 10/15/16 | 005047 | City of Pueblo, a Colorado municipal<br>corp<br>Daniel C. Kogovsek, City Atty<br>1 City Hall Place, 3rd Floor<br>Pueblo, CO 81003-4201 | Claim 000024, Payment 92.71979% | 7100-004 | | 866.93 | 0.00 |
| * | 01/16/17 | 005042 | Colorado Dept. of Public Safety Cashier<br>700 Kipling St. | Stop Payment Reversal<br>SA | 7100-004 | | -183.12 | 183.12 |

| | | | |
|---|---|---|---|
| Page Subtotals | 0.00 | 137,345.01 | |

Ver: 20.00d

**UST Form 101-7-TDR (10/1/2010)** *(Page: 26)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-12927 -EEB | |
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******2948 |
| For Period Ending: | 08/28/17 |

| | |
|---|---|
| Trustee Name: | Robertson B. Cohen, Trustee |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******5018  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 47,027,358.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 01/16/17 | 005047 | Denver, CO 80215<br>City of Pueblo, a Colorado municipal corp<br>Daniel C. Kogovsek, City Atty<br>1 City Hall Place, 3rd Floor<br>Pueblo, CO 81003-4201 | Stop Payment Reversal<br>SA | 7100-004 | | -866.93 | 1,050.05 |
| | 02/07/17 | 005048 | Clerk of the Court<br>721 19th St.<br>Denver, CO 80202 | Remit to Court | 7100-000 | | 183.12 | 866.93 |
| | 02/07/17 | 005049 | Clerk of the Court<br>721 19th St.<br>Denver, CO 80202 | Remit to Court | 7100-000 | | 866.93 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 616,000.00 | COLUMN TOTALS | 283,170.15 | 283,170.15 | 0.00 |
| Memo Allocation Disbursements: | 353,089.52 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 283,170.15 | 283,170.15 | |
| Memo Allocation Net: | 262,910.48 | Less: Payments to Debtors | 0.00 | | |
| | | Net | 283,170.15 | 283,170.15 | |

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 27)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

**Exhibit 9**

| Case No: | 14-12927 -EEB | Trustee Name: | Robertson B. Cohen, Trustee |
|---|---|---|---|
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******2511  Checking Account |
| Taxpayer ID No: | *******2948 | | |
| For Period Ending: | 08/28/17 | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/17 | 24 | US Dept of Treasury | Tax refund | 1224-000 | 128.08 | | 128.08 |
| 05/25/17 | 005001 | Federal Food Service, Inc. c/o Edwards M. McCord 985 Pico Pt. Colorado Springs, CO 80905 | Claim 000007, Payment 0.08360% | 7100-000 | | 17.46 | 110.62 |
| 05/25/17 | 005002 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Claim 000019, Payment 0.08361% | 7100-000 | | 26.35 | 84.27 |
| 05/25/17 | 005003 | Citywide Banks c/o Markus Williams Young & Zimmermann L 1700 Lincoln Street, Suite 4550 Denver, CO 80203 | Claim 000021, Payment 0.08359% | 7100-000 | | 73.66 | 10.61 |
| 05/25/17 | 005004 | United States Bankruptcy Court 721 19TH STREET DENVER, CO  80202 | REMITTED TO COURT DIVIDENDS REMITTED TO THE COURT | | | 10.61 | 0.00 |

| ITEM # | CLAIM # | DIVIDEND | |
|---|---|---|---|
| 1 | 000001 | 2.98 | 7100-001 |
| 2 | 000002 | 1.11 | 7100-001 |
| 3 | 000003 | 0.94 | 7100-001 |
| 4 | 000004 | 0.17 | 7100-001 |
| 24 | 000024 | 0.77 | 7100-001 |
| 32 | 000012B | 4.64 | 7100-001 |

| | Page Subtotals | 128.08 | 128.08 |
|---|---|---|---|

Ver: 20.00d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 11

Exhibit 9

| Case No: | 14-12927 -EEB | Trustee Name: | Robertson B. Cohen, Trustee |
| Case Name: | WASHINGTON CHILDRENS CENTER, INC. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******2511 Checking Account |
| Taxpayer ID No: | *******2948 | | |
| For Period Ending: | 08/28/17 | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: 0.00 | COLUMN TOTALS | | 128.08 | 128.08 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 128.08 | 128.08 | |
| | | Memo Allocation Net: 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 128.08 | 128.08 | |
| | | Total Allocation Receipts: 616,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: 353,089.52 | Checking Account - *******5018 | | 283,170.15 | 283,170.15 | 0.00 |
| | | | Checking Account - *******2511 | | 128.08 | 128.08 | 0.00 |
| | | Total Memo Allocation Net: 262,910.48 | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 283,298.23 | 283,298.23 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 20.00d